UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,

v.                                    **ORDER**
                                    **Criminal No. 19-243(01) (MJD/HB)**

Robin Lee Lussier,

        Defendant.

---

The above-captioned matter is before the Court upon the Defendant's Motion for Extension of Time to File Position Pleadings. Based upon all files, records, and proceedings herein, and after being duly advised in the premises, the Court hereby makes and enters the following Order:

1. The Defendant's Motion for Extension of Time to File Position Pleadings is GRANTED.

2. The parties' positions regarding sentencing factors shall be filed on or before November 1, 2020.

Dated: August 12, 2020             /s Michael J. Davis
                                                  Michael J. Davis
                                                  United States District Court